# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| Ayriel Hemingway <br><br> *Plaintiff(s)* <br> v. <br><br> TrueAccord Corp. <br><br> *Defendant(s)* | Civil Action No. 3:24 CV 00726 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Registered Agent c/o
> TrueAccord Corp.
> 176 Mine Lake Court, Suite 100
> Raleigh, NC 27615

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Date 08/07/2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court

Civil Action No.

## PROOF OF SERVICE

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: